**Fill in this information to identify the case:**

Debtor 1 __Thomas Balletti_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ __Eastern___ District of __New York__
(State)

Case number __16-72261-reg_____

---

Form 4100R   AMENDED
# Response to Notice of Final Cure Payment
10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1:   Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association as Trustee of the Tiki Series III Trust

**Court claim no.** (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account: 4 6 0 8

**Property address:**
193 West 3rd Street
Number     Street

_____

Deer Park, NY 11729
City            State      ZIP Code

## Part 2:   Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

## Part 3:   Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   ___/___/_____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:                            (a)  $ 7,407.24

b.  Total fees, charges, expenses, escrow, and costs outstanding:    +  (b) $ 0.00

c.  **Total**. Add lines a and b.                                            (c) $ 7,407.24

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   02 / 01 / 2019
MM / DD / YYYY

---

Form 4100R                Response to Notice of Final Cure Payment                page 1

| Debtor 1 | Thomas Balletti | Case number (if known) 16-72261-reg |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4:   Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5:   Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Richard Postiglione
Signature

Date 06/10/2019

Print: Richard Postiglione
First Name   Middle Name   Last Name

Title: Creditor's Attorney

Company: Friedman Vartolo, LLP

If different from the notice address listed on the proof of claim to which this response applies:

Address: 1325 Franklin Avenue, Suite 230
Number      Street

Garden City, NY 11530
City                    State       ZIP Code

Contact phone ( 212 ) 471 – 5100

Email: bankruptcy@friedmanvartolo.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

IN RE:

Thomas Balletti,

Debtor.

CASE NO.: 16-72261-reg

CHAPTER: 13

HON. JUDGE.: Robert E. Grossman

---------------------------------------------------------------X

## **CERTIFICATE OF SERVICE**

On June 10 2019, I served a true copy of the annexed **AMENDED RESPONSE TO NOTICE OF FINAL CURE PAYMENT by** mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

By: /s/ Richard Postiglione
FRIEDMAN VARTOLO LLP
85 Broad Street, Suite 501
New York, New York 10004
T: (212) 471-5100
F: (212) 471-5150

**SERVICE LIST**

Thomas Balletti
200 West 21st Street
Deer Park, NY 11729
***Debtor***

John Gonzalez
Law Office of John Gonzalez P.C.
3237 Route 112
Bldg 6, Suite 10
Medford, NY 11763
***Debtor's Attorney***

Michael J. Macco
2950 Express Drive South
Suite 109
Islandia, NY 11749
***Trustee***

United States Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437
***U.S. Trustee***